José Caballero Medina, demandante y apelante, *v.* Zenón Díaz Varcárcel, Heriberta Silva Urbina y Manuela Jubes Vda. de López, demandados y apelados; Santos Sanchidrián Jiménez, codemandado.

No. 6652.—*Sometido:* Abril 2, 1934. *Resuelto:* Abril 6, 1934.

R. Martínez Nadal, F. Navarro Ortiz, L. Llorens Torres y R. H. Blondet, abogados del apelante; H. Torres Solá y Harry B. Llenza, abogados de los apelados.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Es éste un caso en que el apelado solicita la desestimación por dos razones, a saber:

(*a*) Que el apelante dejó de notificar el escrito de apelación a una parte adversa y necesaria.

(*b*) Que dejó de obtener las debidas prórrogas para presentar la transcripción de evidencia.

■ Tratando este último motivo parece que el apelante presentó varias mociones de prórroga a la corte de distrito y no consta de los autos que fueran provistas; sin embargo, parece que los varios jueces de la corte sentenciadora aprobaron posteriormente distintas extensiones de tiempo, por lo que, si en verdad las mociones anteriores quedaron sin proveer, las extensiones autorizadas posteriormente pueden considerarse como implícitamente aprobatorias a las mociones anteriormente radicadas, especialmente cuando hay una regla de la corte de distrito exigiendo que tales mociones deben presentarse no personalmente al juez sino por conducto del secretario. En otras palabras, puede considerarse que las extensiones de los términos se concedieron *nunc pro tunc*.

■ Con respecto a la falta de notificación del escrito de apelación a un codemandado consideramos que no tenemos bastantes datos ante nos para juzgar si efectivamente dicho codemandado era parte necesaria o no.

No constan las razones en que se fundó el juez sentenciador para no cancelar la inscripción en el registro según se pedía en el pleito por la parte demandante.

*Por tales razones la moción de desestimación debe denegarse.*